United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARCUS V. ARMSTRONG,<br><br>Petitioner,<br><br>v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>Respondent. | Case No. 18-cv-04128-KAW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a state prisoner incarcerated at Mule Creek State Prison, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction obtained in the Solano County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the proper district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Petitioner was convicted in the Solano County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). Accordingly, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court shall terminate any pending motions on this Court's docket and TRANSFER this action to the United

1  States District Court for the Eastern District of California.

2      IT IS SO ORDERED.

3  Dated: July 18, 2018

_____

KANDIS A. WESTMORE
United States Magistrate Judge